# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

STEVEN J. MORGAN

**THE DEFENDANT:**

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER: 3:02-cr-81(S1)-J-25TEM

Defendant's Attorney: Lisa Call

__X__ admitted guilt to violation of charge number(s) __1, 2, 4 & 5__ of the term of supervision.
__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Petit Theft occurring on May 6, 2007, while on supervision in violation of supervision | May 6, 2007 |
| 2 | Failure to submit written monthly reports in violation of Condition two of the Standard Conditions of Supervision | April 5, 2007 & May 5, 2007 |
| 4 | Failure to follow the instructions of the probation officer in a violation of Condition three of the Standard Conditions of Supervision | May 7, 2007 |
| 5 | Use of controlled substance, cocaine, in violation of Condition seven of the Standard Conditions of Supervision | May 7, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) __3__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: **July 12, 2007**

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July __16__, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
   Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant:   STEVEN J. MORGAN | Judgment - Page 2 of 2 |
| Case No.:    3:02-cr-81(S1)-J-25TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Six (6) months.  (No supervision to follow).**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

**Incarceration near Tallahassee, Florida.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL